MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
DAVID T. GLUTH, ESQ.
Nevada Bar No. 10596
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Tel:  (702) 598-4529
Fax: (702) 598-3626

Attorneys for Plaintiff

-o0o-

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIRIAM FERNANDEZ-DECROW,<br><br>Plaintiff,<br><br>vs.<br><br>CSAA GENERAL INSURANCE COMPANY; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.:   2:15-cv-01533-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 59)**<br><br>**(First Request)** |

    IT IS HEREBY STIPULATED between Plaintiff, Miriam Fernandez-Decrow and Defendant, CSAA General Insurance Company, ("Defendant") by and through their attorneys of record, to extend the deadline for Plaintiff to file their response until July 19, 2017, to Motion for Partial Summary Judgement [ECF No. 59], which was filed on June 14, 2017. An extension is necessary to allow Plaintiff sufficient time to review the motion and the extensive legal authorities contained therein and appropriately respond. Additionally, Plaintiffs' law firm is currently preparing for binding arbitrations beginning the week of July 10, 2017.  Defendant does not object to the extension.

…

…

…

Page 1

This is the parties first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

Dated this __5th__ day of July, 2017.                Dated this 5th day of July, 2017.


_/s/ David T. Gluth, Esq._____       ___/s/ Benjamin Carman, Esq._____
Marjorie Hauf, Esq.                              George Ranalli, Esq.
Nevada Bar No. 8111                              Nevada Bar No. 5748
David T. Gluth, Esq.                             Benjamin Carman, Esq.
Nevada Bar No. 10596                             Nevada Bar No. 12565
Ganz & Hauf                                      Ranalli & Zaniel
8950 W. Tropicana Ave, Ste 1                     2400 W. Horizon Ridge Parkway
Las Vegas, NV 89147                              Henderson, Nevada 89052
Attorneys for Plaintiff                          Attorneys for Defendant


**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: __July 28, 2017_____