GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
BENJAMIN J. CARMAN, ESQ.
Nevada Bar No. 12565
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Telephone: (702) 477-7774
ranalliservice@ranallilawyers.com
Attorneys for Defendant,
CSAA GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF NEVADA

| | |
|---|---|
| MIRIAM FERNANDEZ-DECROW,<br><br>Plaintiff,<br><br>v.<br><br>**CSAA GENERAL INSURANCE COMPANY;<br>DOES 1 through 10, inclusive,<br>and ROE CORPORATIONS I through<br>10, inclusive,**<br><br>Defendants. | Case No. 2:15-cv-01533-GMN-GWF |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MIRIAM FERNANDEZ-DECROW, and Defendants, CSAA GENERAL INSURANCE COMPANY, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

///

1

It is Further Stipulated that any Trial Currently Scheduled, be Vacated.

Dated: ~~November~~ December 4, 2017                  Dated: November 27, 2017

RANALLI ZANIEL FOWLER & MORAN, LLC                  GANZ & HAUF

_____                            _____
GEORGE M. RANALLI, ESQ.                              MARJORIE HAUF, ESQ.
Nevada Bar No. 5748                                  Nevada Bar No. 8111
BENJAMIN J. CARMAN, ESQ.                             DAVID GLUTH, ESQ.
Nevada Bar No. 12565                                 Nevada Bar No. 10596
2400 W. Horizon Ridge Parkway                        8950 W. Tropicana Ave., Ste. 1
Henderson, Nevada 89052                              Las Vegas, Nevada 89147
Attorneys for Defendant                              Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED:

DATED this ___7___ day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge